costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ISAAC ACKERMAN, Appellant, v. GIZELLA OESTERREICHER ACKERMAN, Defendant, Impleaded with ALEXANDER FORGER, as Trustee, etc., of GIZELLA OESTERREICHER ACKERMAN, Bankrupt, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.; Clarke, P. J., dissenting.

SAMUEL ABRAHAM, Appellant, v. WALTER M. WECHSLER, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JENNIE COHEN, Appellant, v. INTERURBAN SECURITY CORPORATION, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

DAVID COHEN, Appellant, v. COSMOPOLITAN BANK OF THE CITY OF NEW YORK and Another, Respondents, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE FARMERS' LOAN AND TRUST COMPANY, as Executor, etc., of HENRY C. H. ROBINSON, Deceased, Appellant, v. JOSEPH C. ROBINSON, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

SAMUEL RUBIN, Appellant, v. NELSON SMITH, JR., and Another, as Executors etc., of NELSON SMITH, Deceased, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MATILDA MEDFORD, Respondent, v. THE SOUTHERN BOULEVARD RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $7,765.95; in which event the judgment as so modified and the order appealed from are affirmed, without costs, upon the ground that the fact of the causation of epilepsy in the plaintiff by reason of the happening of the accident is not sustained by the evidence. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DORIS CHANDLER BOUGHTON, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB G. ELLIS, Respondent, v. THE MENTER Co., INC., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Finch and Martin, JJ., dissenting.

GEORGE W. LAWRENCE and Others, Suing in Their Own Behalf, etc., Appellants, v. COMMONWEALTH HOTEL CONSTRUCTION CORPORATION and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.